```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------X
DESHAUN GABRIEL,                              :
                                              :
                    Plaintiff,                :
           v.                                 :    ORDER
                                              :    20-CV-3089 (WFK) (PK)
COMMISSIONER OF THE SOCIAL                    :
SECURITY ADMINISTRATION,                      :
                                              :
                    Defendant.                :
------------------------------------------------------------X
```

**WILLIAM F. KUNTZ, II, United States District Judge:**

On October 24, 2024, the Honorable Magistrate Judge Peggy Kuo issued a Report and Recommendation ("R&R") recommending Plaintiff's motion for attorneys' fees be granted. *See* ECF No. 26.

The parties did not file any objections to the R&R, which were due by Thursday, November 7, 2024. *See* 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72(b)(2). The Court reviews an R&R for clear error when no objections have been filed. *See Covey v. Simonton*, 481 F. Supp. 2d 224, 226 (E.D.N.Y. 2007) (Garaufis, J.). The Court finds no such error here and adopts the R&R in its entirety. Specifically, the Court GRANTS Plaintiff's motion for attorney's fees, ECF No. 19, and ORDERS Defendant to remit to Plaintiff's counsel a total of $24,000.00 in attorneys' fees to be paid only from Plaintiff's past-due Social Security Disability benefits. No funds need be paid by the Social Security Administration from any other source for attorneys' fees.

SO ORDERED.

s/ WFK

HON. WILLIAM F. KUNTZ, II
UNITED STATES DISTRICT JUDGE

Dated: February 19, 2025
       Brooklyn, New York